DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CALVIN DAVID FOX,**
Appellant,

v.

**DEPARTMENT OF AGRICULTURE AND CONSUMER
SERVICES DIVISION OF LICENSING,**
Appellee.

No. 4D18-1383

[March 14, 2019]

Appeal from the State of Florida Department of Agriculture and Consumer Services Division of Licensing; L.T. Case No. G 1104788.

Calvin David Fox, Lake Worth, pro se.

Leslie Fearington, Senior Attorney, Department of Agriculture and Consumer Services, Division of Licensing, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***